# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS ENGEL,
                              Appellant,
                    vs.
BOULDER CITY; PUBLIC AGENCY
COMPENSATION TRUST; AND
ALTERNATIVE SERVICE CONCEPTS,
LLC,
                              Respondents.

No. 77212

FILED

JAN 18

ELIZABETH ... N
CLERK OF S.....  ...URT
BY_____
            DEPUTY C.....

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying appellant's motion for reconsideration and an amended order denying appellant's amended motion to dismiss the petition for judicial review. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) revealed two potential jurisdictional defects. Specifically, no statute or court rule authorizes an appeal from an order denying a motion for reconsideration. *See Alois v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983). No statute or court rule provides for an appeal from an order denying a motion to dismiss, and such an order is not a final appealable judgment. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant argues that the appeal involves a challenge to the district court's

19·03073

jurisdiction to hear the petition for judicial review; such a challenge is not available by appeal from a non-appealable order. We

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Hon. Joanna Kishner, District Judge
Janet Trost, Settlement Judge
Nevada Attorney for Injured Workers/Carson City
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Eighth District Court Clerk